MHARE MOURADIAN (Bar No. 233813)
mhare.mouradian@huschblackwell.com
ARMINE MARGARYAN (Bar No. 356389)
armine.margaryan@huschblackwell.com
HUSCH BLACKWELL LLP
355 S. Grand Avenue, Suite 2850
Los Angeles, California 90071
Telephone: (213) 337.6550
Facsimile: (213) 337.6551

Attorneys for Plaintiff
**FREIGHT RIGHT GLOBAL LOGISTICS**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| **FREIGHT RIGHT GLOBAL LOGISTICS,**<br><br>          Plaintiff,<br><br>V.<br><br>**AGILITY AUTO PARTS, INC.,**<br><br>          Defendant. | Case No. 8:25-cv-00245<br><br>**COMPLAINT FOR:**<br><br>**(1) BREACH OF CONTRACT**<br>**(2) BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING**<br>**(3) QUANTUM MERUIT**<br>**(4) ACCOUNT STATED**<br>**(5) OPEN BOOK ACCOUNT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff FREIGHT RIGHT GLOBAL LOGISTICS ("Freight Right"), by and through its attorneys, complains and alleges in its Complaint against Defendant AGILITY AUTO PARTS, INC. ("Agility Auto") as follows:

## INTRODUCTION

1.  This is a civil action for Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, Quantum Meruit, Account Stated, and Open Book Account. As set forth below, Defendant Agility Auto breached material terms of

1

agreements between the parties by refusing to compensate Freight Right for services performed under the agreements of the parties.

## THE PARTIES

2. Freight Right is a California corporation and is a citizen of California.

3. Defendant Agility Auto is a corporation formed under the laws of the District of Columbia with its principal place of business in Arlington, Texas. As such, Agility Auto is a citizen of the District of Columbia and Texas.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. There is complete diversity between parties, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims at issue occurred in this District and Defendant contracted as to venue in this District.

## FACTS COMMON TO ALL COUNTS

6. Freight Right is a company offering freight forwarding services on an international scale.

7. Agility Auto is a supplier of aftermarket automotive parts.

8. In 2021, Agility Auto engaged Freight Right to perform freight forwarding services for Agility Auto.

9. On September 20, 2021, the parties entered into the Freight Right Global Logistics Credit Contract and Application ("Contract"). A true and correct copy of the contract is **Exhibit A**.

10. The Contract was executed by Agility Auto President Richard Calagoure.

11. Under the Contract, the parties anticipated 100 shipments per month.

12. Pursuant to the terms of the Contract, Agility Auto agreed to pay "each invoice… upon receipt" with an "interest charge of 1.5% per month" on past due

invoices. *See* **Exhibit A**.

13. On February 20, 2023, Agility Auto, again by and through its President, executed a Customs Power of Attorney ("Power of Attorney) and Terms and Conditions of Service ("Terms and Conditions") granting Freight Right customs authority for Agility transactions. A true and correct copy of the Power of Attorney is **Exhibit B**.

14. Pursuant to the Terms and Conditions, California law applies to the agreement between the parties. *See* **Exhibit B** at ¶ 22I.

15. Further, pursuant to paragraph 13 of the Power of Attorney, in any dispute involving monies owed to Freight Right, Freight Right shall be entitled to all costs of collection, including reasonable attorney's fees and interest at 15% per annum or the highest rate allowed by law, whichever is less, unless the lower amount is agreed to by Freight Right. The Contract also entitles Freight Right to interest on the outstanding debt at the rate of 10% per annum. *See* **Exhibit B** at ¶ 13.

16. Pursuant to the parties' agreed upon course of dealings, the operations staff at Agility Auto was provided a quote by Freight Right for each shipment before Freight Right proceeded to handle the shipment. These quotes were automatically accepted by Agility Auto prior to performance. Upon automated acceptance, Freight Right began and completed performance of each shipment with the expectation of prompt payment.

17. On occasion, Agility Auto would deem a quote not adequately competitive. In this instance, Agility Auto's operations staff explicitly cancelled the quote as a method of rejection. Quotes that were not rejected for competitive purposes proceeded through the automated approval process and were to be paid by Agility Auto.

18. Beginning in approximately March 2024, Agility Auto failed to make regular payments in sufficient amounts on quotes for which it accepted and

promised to pay, causing a balance owed to reach approximately $1.3 million, in violation of Agility Auto's 90-day payment terms.

19. Acknowledging its outstanding debt, on June 20, 2024, Agility Auto proposed a payment schedule to resolve its outstanding balance through weekly installments with a total payoff amount of $900,735.70 to be paid by the end of August 2024.

20. Agility failed to adhere to its own schedule, only making minimal, untimely payments, and remaining in default.

21. On August 28, 2024, Plaintiff, through undersigned counsel, sent a Demand Letter and notice of breach to Defendant requesting immediate payment of Agility Auto's debt. A true and correct copy of the Demand Letter is **Exhibit C**.

22. Despite numerous attempts by Freight Right to communicate and resolve outstanding invoices, Agility Auto has failed to remit complete and timely payments for the past services that were accepted by Agility Auto and rendered by Freight Right.

23. Freight Right fully performed its obligations under the terms of the Contract, Power of Attorney, and Terms and Conditions (collectively, "the Agreements") by providing agreed upon freight services pursuant to the Agreements and the parties' course of dealings.

24. To this date, Agility Auto fails to make payments to Freight Right for past services performed under the terms of the Agreements between the parties and remains in a debt (including principal and accrued interest) of $466,703.35.

## FIRST CAUSE OF ACTION

### Breach of Contract

25. Freight Right re-alleges the allegations in paragraphs 1-24 as though fully set forth herein.

26. Freight Right and Agility Auto entered into valid, enforceable, and binding contracts.

27. Freight Right fully performed its obligations under terms of the Agreements by providing agreed upon freight services.

28. Freight Right performed all the conditions necessary under the terms of the Agreements between the parties.

29. Agility Auto breached the Agreements by failing to perform its obligations, including but not limited, paying for the freight services rendered by Freight Right pursuant to the terms of the Agreements.

30. As a result of Agility Auto's breach, Freight Right incurred damages in an amount (including principal and accrued interest) of $466,703.35.

## SECOND CAUSE OF ACTION

**Breach of The Implied Covenant of Good Faith and Fair Dealing**

31. Freight Right re-alleges the allegations in paragraphs 1-30 as though fully set forth herein.

32. Freight Right and Agility Auto entered into valid, enforceable, and binding contracts.

33. In every contract or agreement there is an implied covenant of good faith and fair dealing, which means that each party will not do anything to unfairly interfere with the right of any other party to receive the benefits of the contract.

34. Freight Right fully performed each and every condition and obligation required of it under the terms of the Agreements between the parties.

35. Agility Auto breached the implied covenant of good faith and fair dealing by failing to compensate Freight Right for the freight services performed under the Agreements.

36. As a result of Agility Auto's conduct, Freight Right incurred damages in an amount (including principal and accrued interest) of $466,703.35.

## THIRD CAUSE OF ACTION

**Quantum Meruit**

37. Freight Right re-alleges the allegations in paragraphs 1-36 as though

fully set forth herein.

38. In the alternative, Agility Auto and Freight Right entered into Agreements wherein Freight Right would provide freight services to Agility Auto as specified in the Agreements.

39. According to the terms of the Agreements, Freight Right was entitled to compensation for all freight services.

40. Freight Right fully performed its obligations under terms of the Agreements by providing agreed upon freight services.

41. Despite numerous attempts by Freight Right to communicate and resolve outstanding invoices, Agility Auto has refused to pay for the freight services rendered by Freight Right. As a result, Agility Auto has been unjustly enriched by accepting and benefiting from Freight Right's services without compensating Freight Right for its efforts.

42. As a direct and proximate result of Agility Auto's tortious conduct, Freight Right is damaged in the sum (including principal and accrued interest) of $466,703.35.

43. As a further direct and proximate result of Agility Auto's tortious conduct, Freight Right has been damaged by needing to retain an attorney to pursue legal remedies in this action, and therefore, is entitled to an award of its respective attorneys' fees and costs as special damages.

## **FOURTH CAUSE OF ACTION**

### Account Stated

44. Freight Right re-alleges the allegations in paragraphs 1-43 as though fully set forth herein.

45. Within two years last past, an account was stated by and between Freight Right and Agility Auto, wherein it was agreed that Agility Auto was required to pay Freight Right invoices on an as due basis with interest.

46. The entirety of this sum remains unpaid, although demand therefor has been made and is now due, owing and unpaid from Agility Auto, to Freight Right, said amount together with interest thereon at the rate of ten percent per annum from March 19, 2024.

## FIFTH CAUSE OF ACTION
### Open Book Account

47. Freight Right re-alleges the allegations in paragraphs 1-46 as though fully set forth herein.

48. Within the two years last past, Freight Right furnished to Agility Auto, at the special instance and request of each, an open book account, services of the agreed upon value (including principal and accrued interest) of $466,703.35.

49. The entirety of this sum remains unpaid, although demand therefor has been made and is now due, owing and unpaid from Agility Auto, to Freight Right, said amount, together with interest thereon at the rate of ten percent per annum from March 19, 2024.

## PRAYER FOR RELIEF

WHEREFORE, Freight Right respectfully requests a judgment in its favor against Defendant as follows:

1. A judgment in favor of Freight Right against Defendant on all claims for relief set forth herein;

2. An award of general damages (including principal and accrued interest) of $466,703.35 in favor of Freight Right and against Defendant;

3. An award of special, consequential, and incidental damages in favor of Freight Right against Defendant in a sum according to proof;

4. For pre-judgment and post-judgment interest at legal rate;

5. For any costs or expenses and attorneys' fees incurred in this action; and

6. Such other and further relief as the Court may deem just and proper.

Dated: February 7, 2025        HUSCH BLACKWELL LLP

By: */s/ Mhare Mouradian*
Attorney for Plaintiff

8
COMPLAINT FOR DAMAGES